McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Renee M. Maxfield Bace
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
Stacy Norris
Nevada Bar No. 15445
  *stacy.norris@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

*Attorneys for Defendant Tesla General Insurance*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ANGEL MORALES MONDRAGON, an individual<br><br>Plaintiff,<br><br>v.<br><br>TESLA GENERAL INSURANCE, INC., a business entity; DOES 1 through 10; ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02465-JAD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 7 |

IT IS HEREBY STIPULATED by and the parties above-named, by and through their respective counsel of record, that that above-entitled matter be dismissed with prejudice. Each party will be their own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113

Case No. 2:25-cv-02465-JAD-EJY

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS RESPECTFULLY SUBMITTED, AGREED, AND STIPULATED.

Dated: February 4, 2026                    Dated: February 4, 2026

D.R. PATTI & ASSOCIATES            McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:  /a/ Marc C. Naron                      By:  /s/ Renee M. Maxfield

MARC C. NARON, ESQ.                    RENEE M. MAXFIELD, ESQ.
Nevada Bar No. 11665                        Nevada Bar No. 12814
720 S. Seventh Street, Third Floor        STACY NORRIS, ESQ.
Las Vegas, Nevada 89101                    Nevada Bar No. 15445
*Attorneys for Plaintiff*                    7160 Rafael Rivera Way, Suite 320
                                            Las Vegas, Nevada 89113
                                            *Attorneys for Defendant Tesla General Insurance*

## ORDER

Based on the parties' stipulation **[ECF No. 7]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
UNITED STATES DISTRICT COURT JUDGE
February 5, 2026

12336014.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7160 RAFAEL RIVERA WAY, SUITE 320
LAS VEGAS, NV 89113

2                    Case No. 2:25-cv-02465-JAD-EJY
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2026, a true and correct copy of **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Susan Kingsbury
Susan A. Kingsbury, an Employee of
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP